UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SHONECA DAVIS, DAWUD EUDELLE, JACLYN PAGNOTTA, and DAVID POMALES, individually and on behalf of all others similarly situated, and

KENNETH FINGERMAN,

              Plaintiffs,

     - against -

ABERCROMBIE & FITCH CO., ABERCROMBIE & FITCH STORES, INC., ABERCROMBIE & FITCH TRADING CO., d/b/a Abercrombie and Fitch, Abercrombie, and Hollister and Ruehl,

              Defendants.

------------------------------------------x

ECF CASE

08 Civ 01859

CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and accurate copy of the Initial Conference Order to be served on Sandra J. Anderson, Esq. Vorys, Sater, Seymour & Pease LLP, 52, East Gay Street, P.O. Box 1008, Columbus, Ohio 43216-1008 on March 3, 2008, by e-mail and regular mail.

Dated: New York, New York
       March 3, 2008

                         VLADECK, WALDMAN, ELIAS
                         & ENGELHARD, P.C.

By: _____
     Maia Goodell (MG 8905)
     Attorneys for Plaintiffs
     1501 Broadway, Suite 800
     New York, New York 10036
     (212) 403-7300

250295 v1