AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS, DAWDUD EUDELLE, JACLYN PAGNOTTA, and DAVID POMALES

Individually and on behalf of all others similarly situated, and

KENNETH FINGERMAN,

                Plaintiffs,

-against-

ABERCROMBIE & FITCH, CO., ABERCROMBIE & FITCH STORES, INC., ABERCROMBIE & FITCH TRADING CO., d/b/a Abercrombie & Fitch, Abercrombie, Hollister & Ruehl,

                Defendants.

**APPEARANCE**

Case Number: 08 CV 01859 (PKC)(AJP)

To the Clerk of this court and all parties of record:

    Please enter our appearance as counsel in this case for

Defendants:

    Abercrombie & Fitch, Co., Abercrombie & Fitch Stores, Inc.,
    Abercrombie & Fitch Trading, Co.,
    d/b/a Abercrombie & Fitch,
        Abercrombie, Hollister and Ruehl

We certify that we are admitted to practice in this court.

| | |
|---|---|
| April 4, 2008 | s/             7831 |
| Date | John S. Ho       Bar Id. No. |
| | s/             4538 |
| | Howard Miller     Bar Id. No. |

Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
(646) 253-2300