UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SHOENCA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated, and

KENNETH FINGERMAN,

                Plaintiffs,

    -against-

ABERCROMBIE & FITCH, CO.
ABERCROMBIE & FTICH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
      d/b/a Abercrombie & Fitch,
      Abercrombie, Hollister and Ruehl

                Defendants.

------------------------------------------------------------------ X

**RULE 7.1 DISCLOSURE STATEMENT**

08 CV 01859 (PKC) (AJP)

      Defendants, by the undersigned counsel, hereby declare, pursuant to Fed. R. Civ. P. 7.1, that Defendant Abercrombie & Fitch Co. ("A&F Co.") is a publicly traded company (NYSE symbol "ANF") and that it is the parent company of Defendants Abercrombie & Fitch Stores, Inc. and Abercrombie & Fitch Trading Co. A&F Co. further states that no other publicly-held corporation owns 10% of more of its stock.

Dated: New York, New York
       April 4, 2008

BOND, SCHOENECK & KING, PLLC
Attorneys for Defendants

s/John Ho
By:    John Ho (JH 7831)
330 Madison Ave., 39th Floor
New York, New York 10017-5001
Telephone: (646) 253-2320
Email: jho@bsk.com