# MEMO ENDORSED



BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

April 14, 2008

**VIA FACSIMILE**
The Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Davis et al. v. Abercrombie & Fitch Co. et al. (08 CV 1859)*

*Conference adjourned from April 25 to May 9, 2008 at 10:45 a.m. SO ORDERED*
/s/ P. Kevin Castel
USDJ 4-15-08

Dear Judge Castel:

My firm represents the Defendants in the above-referenced matter. We are serving as local counsel to the Vorys firm and will be moving for appropriate pro hac vice admissions shortly.

The deadline to file an Answer or Otherwise Move in this matter is April 29, 2008. However, there is currently an Initial Pretrial Conference scheduled on April 25, 2008 at 10:45 a.m. We are currently reviewing the numerous allegations in the thirty-two page Complaint with the Vorys firm and the Defendants. However, since it is likely that a responsive pleading will not be filed until after April 25, 2008, we respectfully request that the Initial Pretrial Conference scheduled on April 25, 2008 be adjourned until May 2, 2008 or as soon thereafter as the Court's schedule permits.

This is the Defendants' first request for an adjournment. Debra Raskin, Esq., counsel for the Plaintiffs, has consented to this request provided that the Defendants do not request an adjournment beyond May 2, 2008. Pursuant to Your Honor's Individual Practices, a copy of this letter is being faxed to Ms. Raskin.

Thank you for your time in this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

John Ho

cc: Debra L. Raskin, Esq. (By Fax)
    Sandra J. Anderson, Esq. (By E-Mail)

---

330 Madison Avenue, New York, NY 10017-5001 ▪ Phone: 646-253-2300 ▪ Fax: 646-253-2301 ▪ www.bsk.com

18384.1 4/14/2008