UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

08 CV 01859 (PKC)(AJP)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

          Plaintiffs,

   -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
        d/b/a Abercrombie & Fitch,
        Abercrombie, Hollister and Ruehl,

          Defendants.

------------------------------------------------------------

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, John S. Ho, a member in good standing of the bar of this

Court, hereby move the Court for an Order allowing the admission pro hac vice of:

    Sandra J. Anderson, Esq.
    Vorys, Sater, Seymour and Pease, LLP
    52 E. Gay Street
    P.O. Box 1008
    Columbus, Ohio  43216-1008
    Phone:  (614) 464-6405
    Fax:  (614) 719-4875
    sjanderson@vssp.com

18570.1 4/23/2008

SANDRA J. ANDERSON is a member in good standing of the Bar of the State of Ohio.

There are no pending disciplinary proceedings against Ms. Anderson in any State or Federal

court.

Dated: April 23, 2008
New York, New York

Respectfully submitted,

_John S. Ho (JH 7831)_
Bond, Schoeneck and King, PLLC
330 Madison Avenue, 39th Floor
New York, New York  10017
Phone:  (646) 253-2320
Fax:  (646) 253-2301
E-mail: hoj@bsk.com

ATTORNEYS FOR DEFENDANTS

18570.1 4/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

         Plaintiffs,

    -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
        d/b/a Abercrombie & Fitch,
        Abercrombie, Hollister and Ruehl,

        Defendants.

08 CV 01859 (PKC)(AJP)

**AFFIDAVIT OF JOHN S. HO IN SUPPORT OF MOTION TO ADMIT SANDRA J. ANDERSON AS COUNSEL PRO HAC VICE**

---

State of New York    )
                   )   ss:
County of New York   )

JOHN S. HO, being duly sworn, hereby deposes and says as follows:

1.    I am a member of the law firm of Bond, Schoeneck & King, PLLC, counsel for all of the named Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Sandra J. Anderson, Esq. of the law firm Vorys, Sater, Seymour and Pease, LLP as counsel pro hac vice to represent all of the named Defendants in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to

practice law in 1998.  I was also admitted in July of 1998 to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Ms. Anderson through the law firm of Vorys, Sater, Seymour and

Pease, LLP since 2007.

4.      Ms. Anderson is an attorney at the law firm of Vorys, Sater, Seymour and Pease, LLP in

Columbus, Ohio.  Ms. Anderson is in good standing with the Supreme Court of Ohio.

An original certificate of good standing is attached hereto as Exhibit A.

5.      I have found Ms. Anderson to be a skilled attorney and person of integrity.  She is

experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Sandra J. Anderson, Esq, pro hac

vice.

7.      I have conferred with opposing counsel who does not oppose this motion.

8.      I respectfully submit a proposed order granting the admission of Sandra J. Anderson,

Esq., pro hac vice, which is attached hereto as Exhibit B.

18572.1 4/23/2008

WHEREFORE it is respectfully requested that the motion to admit Sandra J. Anderson, Esq., pro hac vice, to represent all of the named Defendants in the above-captioned matter, be granted.

Dated: April 23, 2008
       New York, New York

Respectfully submitted,

_____
John S. Ho (JH 7831)

Sworn to before me
23rd day of April 2008.

DORETTA A. INCORVAIA
Notary Public, State of New York
Qualified in Dutchess County
November 24, 19 2009

18572.1 4/23/2008

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Sandra Jo Anderson

was admitted to the practice of law in Ohio on November 19, 1976; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of April, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES                                           08 CV 01859 (PKC)(AJP)

Individually and on behalf of all others similarly situated,
and                                                     **ORDER FOR ADMISSION
                                                        PRO HAC VICE**
KENNETH FINGERMAN,                                      **ON WRITTEN MOTION**

                        Plaintiffs,

            -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
            d/b/a Abercrombie & Fitch,
            Abercrombie, Hollister and Ruehl,

                        Defendants.

------------------------------------------------------------------

Upon the motion of John S. Ho, attorney for the Defendants in the above-captioned case, and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>    Sandra J. Anderson
>    Vorys, Sater, Seymour and Pease, LLP
>    52 E. Gay Street
>    P.O. Box 1008
>    Columbus, Ohio  43216-1008
>    Phone:  (614) 464-6405
>    Fax:  (614) 719-4875
>    sjanderson@vssp.com

is admitted to practice pro hac vice as counsel for all named Defendants in the above-captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  Since this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:


_____

United States District Judge