UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

        Plaintiffs,

-against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.

08 CV 01859 (PKC)(AJP)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, John S. Ho, a member in good standing of the bar of this Court, hereby move the Court for an Order allowing the admission pro hac vice of:

Stacia Marie Jones, Esq.
Vorys, Sater, Seymour and Pease, LLP
52 E. Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-5492
Fax: (614) 719-5138
smjones@vssp.com

18569.1 4/23/2008

STACIA MARIE JONES is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Ms. Marie Jones in any State or Federal court.

Dated: April 23, 2008
New York, New York

Respectfully submitted,

_____
John S. Ho (JH 7831)
Bond, Schoeneck and King, PLLC
330 Madison Avenue, 39th Floor
New York, New York  10017
Phone:  (646) 253-2320
Fax:  (646) 253-2301
E-mail: hoj@bsk.com

ATTORNEYS FOR DEFENDANTS

18569.1 4/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

       Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
     d/b/a Abercrombie & Fitch,
     Abercrombie, Hollister and Ruehl,

       Defendants.
--------------------------------------------------------------

08 CV 01859 (PKC)(AJP)

**AFFIDAVIT OF JOHN S. HO IN SUPPORT OF MOTION TO ADMIT STACIA MARIE JONES AS COUNSEL PRO HAC VICE**

State of New York    )
                              ) ss:
County of New York  )

    JOHN S. HO, being duly sworn, hereby deposes and says as follows:

1.    I am a member of the law firm of Bond, Schoeneck & King, PLLC, counsel for all of the named Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Stacia Marie Jones, Esq. of the law firm Vorys, Sater, Seymour and Pease, LLP as counsel pro hac vice to represent all of the named Defendants in this matter.

2.	I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1998. I was also admitted in July of 1998 to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.	I have known Ms. Marie Jones through the law firm of Vorys, Sater, Seymour and Pease, LLP since 2006.

4.	Ms. Marie Jones is an attorney at the law firm of Vorys, Sater, Seymour and Pease, LLP in Columbus, Ohio. Ms. Marie Jones is in good standing with the Supreme Court of Ohio. An original certificate of good standing is attached hereto as Exhibit A.

5.	I have found Ms. Marie Jones to be a skilled attorney and person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.	Accordingly, I am pleased to move the admission of Stacia Marie Jones, Esq, pro hac vice.

7.	I have conferred with opposing counsel who does not oppose this motion.

8.	I respectfully submit a proposed order granting the admission of Stacia Marie Jones, Esq., pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Stacia Marie Jones, Esq., pro hac vice, to represent all of the named Defendants in the above-captioned matter, be granted.

Dated: April 23, 2008
      New York, New York

                                        Respectfully submitted,

                                        _____
                                        John S. Ho (JH 7831)

Sworn to before me
23rd day of April 2008.

_____

DORETTA A. INCORVAIA
Notary Public, State of New York
Qualified in Dutchess County
November 24, 19~~~~2009

# The Supreme Court of Ohio

### C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Stacia Marie Jones

was admitted to the practice of law in Ohio on November 20, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of April, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

08 CV 01859 (PKC)(AJP)

Individually and on behalf of all others similarly situated,
and

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

KENNETH FINGERMAN,

    Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

    Defendants.

Upon the motion of John S. Ho, attorney for the Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

   Stacia Marie Jones, Esq.
   Vorys, Sater, Seymour and Pease, LLP
   52 E. Gay Street
   P.O. Box 1008
   Columbus, Ohio  43216-1008
   Phone: (614) 464-5492
   Fax:  (614) 719-5138
   smjones@vssp.com

is admitted to practice pro hac vice as counsel for all named Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing

18569.1 4/23/2008

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District Judge