UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

08 CV 01859 (PKC)(AJP)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

        Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.

-----

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, John S. Ho, a member in good standing of the bar of this Court, hereby move the Court for an Order allowing the admission pro hac vice of:

    Allen S. Kinzer, Esq.
    Vorys, Sater, Seymour and Pease, LLP
    52 E. Gay Street
    P.O. Box 1008
    Columbus, Ohio  43216-1008
    Phone:  (614) 464-8318
    Fax:  (614) 719-4801
    askinzer@vssp.com

18566.1 4/23/2008

ALLEN S. KINZER is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Mr. Kinzer in any State or Federal court.

Dated: April 23, 2008
      New York, New York

                        Respectfully submitted,

                        */s/ John S. Ho*

                        John S. Ho (JH 7831)
                        Bond, Schoeneck and King, PLLC
                        330 Madison Avenue, 39th Floor
                        New York, New York 10017
                        Phone: (646) 253-2320
                        Fax: (646) 253-2301
                        E-mail: hoj@bsk.com

                        ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated, and

KENNETH FINGERMAN,

        Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.

08 CV 01859 (PKC)(AJP)

**AFFIDAVIT OF JOHN S. HO IN SUPPORT OF MOTION TO ADMIT ALLEN S. KINZER AS COUNSEL PRO HAC VICE**

State of New York   )
                           ) ss:
County of New York  )

    JOHN S. HO, being duly sworn, hereby deposes and says as follows:

1.    I am a member of the law firm of Bond, Schoeneck & King, PLLC, counsel for all of the named Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Allen S. Kinzer, Esq. of the law firm Vorys, Sater, Seymour and Pease, LLP as counsel pro hac vice to represent all of the named Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to

practice law in 1998. I was also admitted in July of 1998 to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Mr. Kinzer through the law firm of Vorys, Sater, Seymour and Pease, LLP and through the American Bar Association since early 2006.

4.    Mr. Kinzer is an attorney at the law firm of Vorys, Sater, Seymour and Pease, LLP in Columbus, Ohio. Mr. Kinzer is in good standing with the Supreme Court of Ohio. An original certificate of good standing is attached hereto as Exhibit A.

5.    I have found Mr. Kinzer to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Allen S. Kinzer, Esq, pro hac vice.

7.    I have conferred with opposing counsel who does not oppose this motion.

8.    I respectfully submit a proposed order granting the admission of Allen S. Kinzer, Esq., pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Allen S. Kinzer, Esq., pro hac vice, to represent all of the named Defendants in the above-captioned matter, be granted.

Dated: April 23, 2008
      New York, New York

Respectfully submitted,

_____
John S. Ho (JH 7831)

Sworn to before me
23rd day of April 2008.

_____

DORETTA A. INCORVAIA
Notary Public, State of New York
Qualified in Dutchess County
November 24, 2009

18571.1 4/23/2008

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                              Allen Shawn Kinzer

was admitted to the practice of law in Ohio on November 07, 1988; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                              IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of April, 2008.

                              SUSAN B. CHRISTOFF
                              *Director, Attorney Services Division*

                              *Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

        Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.

08 CV 01859 (PKC)(AJP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK  )

      Bettina S. Cody, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age and reside at 132 Lasher Road, Tivoli, New York 12583. On the 23rd day of April, 2008, I served, by Federal Express Overnight Delivery, a true copy of: Motion to Admit Allen Kinzer Pro Hac Vice and Order for Admission Pro Hac Vice on Written Motion; Affidavit of John S. Ho in Support of Motion to Admit Allen Kinzer Pro Hac Vice; Certificate of Good Standing for Allen Kinzer; Motion to Admit Sandra Anderson Pro Hac Vice and Order for Admission Pro Hac Vice on Written Motion; Affidavit of John S. Ho in Support of Motion to Admit Sandra Anderson Pro Hac Vice; Certificate of Good Standing for Sandra Anderson;

12291.2 4/23/2008

Motion to Admit Stacia Marie Jones Pro Hac Vice and Order for Admission Pro Hac Vice on Written Motion; Affidavit of John S. Ho in Support of Motion to Admit Sandra Anderson Pro Hac Vice; and Certificate of Good Standing for Stacia Marie Jones in the above-captioned action upon:

>Debra L. Raskin, Esq.
>Vladeck, Waldman, Elias & Engelhard, P.C.
>1501 Broadway, Suite 800
>New York, New York 10036-5560

>_____
>Bettina S. Cody

Sworn to before me this
23rd day of April, 2008

_____
Notary Public

DORETTA A. INCORVAIA
Notary Public, State of New York
Qualified in Dutchess County
November 24, 19___

2

12291.2 4/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

08 CV 01859 (PKC)(AJP)

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

        Plaintiffs,

    -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.

Upon the motion of John S. Ho, attorney for the Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Allen S. Kinzer, Esq.
    Vorys, Sater, Seymour and Pease, LLP
    52 E. Gay Street
    P.O. Box 1008
    Columbus, Ohio 43216-1008
    Phone: (614) 464-8318
    Fax: (614) 719-4801
    askinzer@vssp.com

is admitted to practice pro hac vice as counsel for all named Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District Judge