USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

    Plaintiffs,

  -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
  d/b/a Abercrombie & Fitch,
  Abercrombie, Hollister and Ruehl,

    Defendants.
-------------------------------------------------------------

08 CV 01859 (PKC)(AJP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of John S. Ho, attorney for the Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

  Sandra J. Anderson
  Vorys, Sater, Seymour and Pease, LLP
  52 E. Gay Street
  P.O. Box 1008
  Columbus, Ohio 43216-1008
  Phone: (614) 464-6405
  Fax: (614) 719-4875
  sjanderson@vssp.com

is admitted to practice pro hac vice as counsel for all named Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing

18570.1 4/23/2008

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: N Y NY
4-25-08

_____
United States District Judge

18570.1 4/23/2008

04/23/2008 - Columbus 10373794