```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

Individually and on behalf of all others similarly situated,
and

KENNETH FINGERMAN,

        Plaintiffs,

-against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
    d/b/a Abercrombie & Fitch,
    Abercrombie, Hollister and Ruehl,

        Defendants.
-----------------------------------------------------------------------

08 CV 01859 (PKC)(AJP)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of John S. Ho, attorney for the Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Allen S. Kinzer, Esq.
    Vorys, Sater, Seymour and Pease, LLP
    52 E. Gay Street
    P.O. Box 1008
    Columbus, Ohio 43216-1008
    Phone: (614) 464-8318
    Fax: (614) 719-4801
    askinzer@vssp.com

is admitted to practice pro hac vice as counsel for all named Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: N Y N Y
4-25-08

_____
United States District Judge