UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHONECA DAVIS, DAWUD EUDELLE, JACLYN
PAGNOTTA, and DAVID POMALES, individually and on
behalf of all others similarly situated, and

KENNETH FINGERMAN,

            Plaintiffs,

   - against -

ABERCROMBIE & FITCH CO., ABERCROMBIE &
FITCH STORES, INC., ABERCROMBIE & FITCH
TRADING CO., d/b/a Abercrombie and Fitch, Abercrombie,
and Hollister and Ruehl,

            Defendants.
------------------------------------------------------------x

08 Civ. 1859 (PKC)

ECF CASE

CONSENT TO SUE

      I worked at an Abercrombie and Fitch, abercrombie, Hollister, or Ruehl store located in New York or New Jersey prior to January 2007 as a Loss Prevention Supervisor or Loss Prevention Agent. During that employment, there were occasions when I worked over forty hours per week and was not paid for all the hours worked.

      I consent to be a plaintiff in the above captioned lawsuit to assert claims for wage and hour violations under the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b), and any applicable state laws.

      I designate Vladeck, Waldman, Elias, and Engelhard, P.C. to represent me in this suit. I understand and have entered into a contingency fee arrangement with these attorneys.

Date: 4/20/08

_____
Shane Miller
32 Pearl Road
Rocky Point, NY 11778

251101 v1