USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHONECA DAVIS, et al.

                         Plaintiff(s),                      08 Civ. 1859 (PKC)

           -against-

ABERCROMBIE & FITCH                      ORDER

                         Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By June 9, 2008 the plaintiff(s) ~~defendant(s)~~ ~~parties~~ ~~shall~~ may move for collective action status, ~~and shall~~ etc.

2. By July 9, 2008 ~~the plaintiff(s)~~ defendant(s) ~~parties~~ shall respond to the motion and may move to dismiss on the basis of the Rule 68 offer of judgment.

3.  July ~~23~~ 30 plaintiff's reply and response

4.  August 13 defendant's reply on its ~~motion~~

5.

6. The next conference in this matter will be held on September 19, 2008 at 10:15 am.

P. Kevin Castel
United States District Judge

Dated: New York, New York
5-9-08