UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

                   08 CV 01859 (PKC) (AJP)

Individually and on behalf of all others similarly situated,
And                 **NOTICE OF APPEARANCE**

KENNETH FINGERMAN,

    Plaintiffs,

 -against-

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
   d/b/a Abercrombie & Fitch,
   Abercrombie, Hollister and Ruehl,

    Defendants.
------------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Sandra J. Anderson of the law firm of Vorys, Sater, Seymour and Pease LLP, hereby enters her appearance for Defendants Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., and Abercrombie & Fitch Trading Co. and **requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:**

      Sandra J. Anderson, Esq.
      Vorys, Sater, Seymour and Pease LLP
      52 East Gay Street
      Columbus, Ohio 43215
      Telephone: 614-464-6405
      Facsimile:  614-719-4875
      E-mail: sjanderson@vorys.com

 Ms. Anderson has been admitted *Pro Hac Vice* in this case.

 Ms. Anderson consents to service by e-mail.

By /s/Sandra J. Anderson
Sandra J. Anderson (0002044)
Allen S. Kinzer     (0040237)
Stacia Marie Jones  (0072401)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay Street
Columbus, OH  43215
Phone:  (614) 464-6400
Fax:  (614) 719-5138
sjanderson@vorys.com
askinzer@vorys.com
smjones@vorys.com

OF COUNSEL:

John S. Ho (0007831)
Howard Miller (0004538)
Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, NY 10017-5001
(646) 253-2300
(646) 253-2301 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 12th day of May, 2008 by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Sandra J. Anderson
Sandra J. Anderson