UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SHONECA DAVIS, DAWUD EUDELLE,
JACLYN PAGNOTTA, and DAVID POMALES,
individually and on behalf of all others similarly
situated, and

KENNETH FINGERMAN,

                     Plaintiffs,

        - against -

ABERCROMBIE & FITCH CO.,
ABERCROMBIE & FITCH STORES, INC.,
ABERCROMBIE & FITCH TRADING CO.,
d/b/a Abercrombie and Fitch, Abercrombie, and
Hollister and Ruehl,

                     Defendants.

------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

08 Civ. 01859 (PKC)

ECF CASE

STIPULATION OF
CONSENT TO FILING
FIRST AMENDED COMPLAINT

It is hereby stipulated and agreed that the defendants consent to plaintiffs' filing the attached First Amended Complaint.

Dated: New York, New York
       June 16, 2008


VLADECK, WALDMAN, ELIAS
& ENGELHARD, P.C.

By: _____
Debra L. Raskin (DR 5431)
Maia Goodell (MG 8905)
Attorneys for Plaintiffs
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

VORYS, SATER, SEYMOUR & PEASE LLP

By: _____
Sandra J. Anderson
Attorneys for Defendants
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6405

SO ORDERED
[signature]
USDJ
6-16-08

252420 v1