UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SHONECA DAVIS, DAWUD EUDELLE, JACLYN
PAGNOTTA, and DAVID POMALES, individually and on
behalf of all others similarly situated, and

KENNETH FINGERMAN,

      Plaintiffs,

  - against -

ABERCROMBIE & FITCH CO., ABERCROMBIE &
FITCH STORES, INC., ABERCROMBIE & FITCH
TRADING CO., d/b/a Abercrombie and Fitch, Abercrombie,
and Hollister and Ruehl,

      Defendants.
------------------------------------------------------x

08 Civ. 01859 (PKC)

ECF CASE

AFFIRMATION OF SERVICE

  I am an attorney with the firm of Vladeck, Waldman, Elias & Engelhard, P.C., attorneys for Plaintiffs Shoneca Davis ("Davis"), Dawud Eudelle ("Eudelle"), JacLyn Panotta ("Pagnotta"), and David Pomales ("Pomales") (collectively "class plaintiffs"), individually and on behalf of all others similarly situated; and plaintiff Kenneth Fingerman ("Fingeman").  This is to certify, under penalty of perjury, that, on June 17, 2008, I caused a copy of the First Amended Complaint to be served by First Class Mail on attorneys for above Defendants, Sandra J. Anderson, Esq., Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH  43216-1008.

252664 v1

Dated: New York, New York
      June 17, 2008

                                VLADECK, WALDMAN, ELIAS &
                                ENGELHARD, P.C.

By: _____
                    Debra L. Raskin (DR 5431)
                    Maia Goodell (MG 8905)
                    Attorneys for Plaintiffs
                    1501 Broadway, Suite 800
                    New York, New York  10036
                    (212) 403-7300