UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHONECA DAVIS, DAWUD EUDELLE, JACLYN   08 Civ. 1859 (PKC)
PAGNOTTA, and DAVID POMALES, individually
and on behalf of all others similarly situated, and
                                        ECF CASE
KENNETH FINGERMAN,

                              Plaintiffs,

          - against -

ABERCROMBIE & FITCH CO., ABERCROMBIE &
FITCH STORES, INC., ABERCROMBIE & FITCH
TRADING CO., d/b/a Abercrombie and Fitch, Abercrombie,
and Hollister and Ruehl,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Notice of Motion for Preliminary Certification Pursuant to the Fair Labor Standards Act, for
Court-Facilitated Notice to Similarly Situated Persons, and for Expedited Discovery

       PLEASE TAKE NOTICE that, upon the Declaration of Debra L. Raskin, the exhibits annexed thereto, the Affirmations of Class Plaintiffs Shoneca Davis, Dawud Eudelle, Jaclyn Pagnotta, and David Pomales, the exhibits annexed thereto, and the accompanying Memorandum of Law, and pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), Class Plaintiffs Shoneca Davis, Dawud Eudelle, Jaclyn Pagnotta, and David Pomales, will move the Court, at a date and time to be designated by the Court, for (1) for preliminary certification of their FLSA claims as a collective action; (2) for Court-facilitated notice of the FLSA overtime claims; and (3) for expedited discovery of names and contact information for potential collective action members.

253085 v1

Dated: New York, New York
       July 8, 2008

                                  VLADECK, WALDMAN, ELIAS &
                                  ENGELHARD, P.C.

By: _____
Debra L. Raskin (DR5431)
Maia Goodell (MG8905)
Attorneys for Plaintiff
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-73000

253085 v1                             2