USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SHONECA DAVIS, DAWUD EUDELLE, JACLYN
PAGNOTTA, and DAVID POMALES, individually and on
behalf of all others similarly situated, and

KENNETH FINGERMAN,

                                  Plaintiffs,

                    - against -

ABERCROMBIE & FITCH CO., ABERCROMBIE &
FITCH STORES, INC., ABERCROMBIE & FITCH
TRADING CO., d/b/a Abercrombie and Fitch, Abercrombie,
and Hollister and Ruehl,

                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 01859 (PKC)

ECF CASE

PARTIAL JUDGMENT

WHEREAS, Pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Shane Miller accepted defendants' Offer of Judgment dated May 6, 2008, in the amount of $2,400.00 (two thousand four hundred dollars), inclusive of alleged unpaid overtime wages, interest, liquidated damages, and all other damages that may be assessed against the Defendants, plus reasonable attorneys' fees and court costs actually incurred to date attributable to the prosecution of Mr. Miller's claims as determined by this Court under applicable law, it is hereby,

ORDERED, ADJUDGED AND DECREED: that the plaintiff Shane Miller have judgment against defendants in the amount of $2,400.00 (two thousand four hundred dollars), inclusive of alleged unpaid overtime wages, interest, liquidated damages, and all other damages that may be assessed against Defendants, plus reasonable attorneys' fees and court costs actually

89506 v2

incurred to date attributable to the prosecution of Mr. Miller's claims as determined by this Court under applicable law.


Dated: New York, New York
      August ___, 2008

APPROVED:


_____       _____
U.S.D.J.                         Clerk

*Rule 54(b) requirements not having been satisfied, the application is denied.*

*SO ORDERED*

*[signature]*
*USDJ*
*8-7-08*