UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHONECA DAVIS,
DAWUD EUDELLE,
JACLYN PAGNOTTA, and
DAVID POMALES

                                                     08 CV 01859 (PKC) (AJP)

Individually and on behalf of all others similarly situated,
And

KENNETH FINGERMAN,

                    Plaintiffs,                      **DEFENDANTS' NOTICE**
                                                **OF MOTION FOR PARTIAL**
-against-                                        **DISMISSAL OF PLAINTIFF'S**
                                                  **COMPLAINT PURSUANT TO**
                                                  **RULE 12(B)(1) OF THE**
                                                **FEDERAL RULES OF CIVIL**
                                              **PROCEDURE**

ABERCROMBIE & FITCH CO.
ABERCROMBIE & FITCH STORES, INC.
ABERCROMBIE & FITCH TRADING CO.
              d/b/a Abercrombie & Fitch,
              Abercrombie, Hollister and Ruehl,

                  Defendants.
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the affirmation of Stacia Marie Jones Esq., and the

exhibits annexed thereto, and upon Defendants' Memorandum of Law in Support of this Motion

for Partial Dismissal, Defendants will move before the Honorable Judge P. Kevin Castel United

States District Judge at the United States Court House, 500 Pearl Street, New York, New York,

on a date and at a time designated by the Court or as soon as counsel may be heard, for an Order

pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, (a) dismissing with prejudice

the claims of Plaintiffs Shoneca Davis, Dawud Eudelle, David Pomales and JacLyn Pagnotta

("Plaintiffs") brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216 et seq. for lack

of subject matter jurisdiction; (b) declining to exercise supplemental jurisdiction over Plaintiffs'

claims brought pursuant to New York Labor Law §§ 650 et seq.; and (c) granting Defendants

such other and further relief as this Court deems just and proper.

Pursuant to the Court's Scheduling Order, the Plaintiffs must respond to this Motion by

September 1, 2008.

Dated: August 11, 2008

VORYS, SATER, SEYMOUR AND PEASE LLP
Attorneys for Defendants

By: /s/Sandra J. Anderson
Sandra J. Anderson  (0002044)
Allen S. Kinzer  (0040237)
Stacia M. Jones  (0072401)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1006
Telephone:  (614) 464-6405

BOND, SCHOENECK & KING, PLLC
Attorneys for Defendants

John S. Ho (JH 7831)
330 Madison Avenue, 39th Floor
New York, NY  10017-5001
Telephone:  (646) 253-2320

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed

through the Court's ECF system and served this 11th day of August, 2008 by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Sandra J. Anderson_____
Sandra J. Anderson (0002044)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1006
Telephone:  (614) 464-6405